ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAY 14 2012

CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAY 14 2012

CENTRAL DISTRICT OF CALIFORNIA
BY shy DEPUTY

ENTER / JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ARMANDO HERNANDEZ, JR.,<br><br>Petitioner,<br><br>v.<br><br>MATTHEW CATE, CDC Secretary,<br><br>Respondent. | Case No. CV 12-03407 JST (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED AND DECREED THAT the Petition is dismissed with prejudice.

Dated: May 10, 2012

JOSEPHINE STATON TUCKER
UNITED STATES DISTRICT JUDGE