ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
MAY 14 2012
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
MAY 14 2012
CENTRAL DISTRICT OF CALIFORNIA
BY shy DEPUTY

ENTER / JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ARMANDO HERNANDEZ, JR., | Case No. CV 12-03407 JST (AN) |
| Petitioner, | JUDGMENT |
| v. | |
| MATTHEW CATE, CDC Secretary, | |
| Respondent. | |

IT IS HEREBY ADJUDGED AND DECREED THAT the Petition is dismissed with prejudice.

Dated: May 10, 2012

JOSEPHINE STATON TUCKER
UNITED STATES DISTRICT JUDGE